IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20509
Summary Calendar
_____

RAYMOND LANG,

                                        Plaintiff-Appellant,

versus

CARL A SWANSON; DELOIS D. COOPER,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-3464
- - - - - - - - - -
October 13, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Raymond Lang, Texas state prisoner #486632, appeals from the judgment following a jury verdict in favor of one defendant and the district court's dismissal of the other defendant in his civil rights suit. Lang argues that the evidence was insufficient to support the jury's verdict, that the district court erred by dismissing defendant Swanson from the lawsuit, that the district court committed error during the voir dire proceedings, and that he received ineffective assistance of counsel. We have reviewed the record and find no reversible

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

error.  Lang's motion for the appointment of appellate counsel is DENIED.

This appeal is DISMISSED as frivolous.  5th Cir. R. 42.2.